# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MELISSA CLARK, individually and on behalf of all similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:18-cv-2379-JPM-dkv |
| v. ) ) | |
| PROCOLLECT INCORPORATED, ) ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal, filed by the parties on January 9, 2019. (ECF No. 24.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 10th day of January, 2019.

        /s/ Jon P. McCalla
        JON P. McCALLA
        UNITED STATES DISTRICT JUDGE