# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MELISSA CLARK, individually and on behalf of all similarly situated, ) ) ) Plaintiff, ) ) v. ) ) PROCOLLECT INCORPORATED, ) ) Defendant. ) | Case No. 2:18-cv-2379-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal, filed on January 9, 2019 (ECF No. 24), and the Court having entered an Order of Dismissal (ECF No. 25),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

January 10, 2019
Date